# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CORJALON EVANS**                                                      **PLAINTIFF**

**VS.**                                **4:20-CV-00421-BRW-JJV**

**DOMINIC BRUNER,** *et al***.**                                        **DEFENDANTS**

## **ORDER**

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly,

1. Plaintiff's official capacity claims are dismissed without prejudice.

2. Plaintiff's claims against Defendant Adams are dismissed without prejudice.

3. Defendant Adams is dismissed as a party from this action.

4. Plaintiff's claims against Defendant Woods are dismissed without prejudice.

5. Defendant Woods is dismissed as a party from this action.

6. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED, this 14th day of May, 2020.

                                                Billy Roy Wilson_____
                                                UNITED STATES DISTRICT JUDGE