# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CORJALON EVANS**                                                                  **PLAINTIFF**

**VS.**                      **4:20-CV-00421-BRW-JJV**

**DOMINIC BRUNER,** *et al.*                                           **DEFENDANTS**

## **ORDER**

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Defendant Bruner's Motion for Summary Judgment (Doc. No. 42) is GRANTED.

2. Plaintiff's claims against Defendant Bruner are DISMISSED with prejudice.

3. This lawsuit is DISMISSED.

4. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 12th day of February, 2021.

                                                                            <u>Billy Roy Wilson</u>_____
                                                                            UNITED STATES DISTRICT JUDGE