IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORJALON EVANS**                                                                            **PLAINTIFF**

**VS.**                        **4:20-CV-00421-BRW**

**DOMINIC BRUNER,** *et al*.                                                     **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED, this 12th day of February, 2021.

                                                                      Billy Roy Wilson_____
                                                                      UNITED STATES DISTRICT JUDGE